Larry L. Dupont, pro se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Larry L. Dupont seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Dupont v. Kupec,* No. CA-00-1007-S (D.Md. Dec. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Tom Aaron Tate, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Tom Aaron Tate appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Tate,* Nos. CR-94-147; CA-99-384-3-MU (W.D.N.C. Feb. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tom Aaron TATE, Defendant–**
**Appellant.**

No. 01–6088.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

**Gordon russell SELLERS,**
**Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–**
**Appellee.**

No. 01–6100.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.